IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FATMATA DANJAJI | ) | Civil Action No. |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT'S NOTICE OF REMOVAL** |
| NISSAN NORTH AMERICA, INC., | ) | |
| NISSAN MOTOR CO. LTD., and | ) | |
| JOHN DOE CORPORATIONS 1-10 | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

Please take notice that Defendant, Nissan North America, Inc. ("Defendant") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Philadelphia Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.  In support of this Notice of Removal, Defendant states as follows:

1.      On April 28, 2026, Plaintiff Fatmata Danjaji filed a lawsuit in the Philadelphia Court of Common Pleas captions as *Fatmata Danjaji v. Nissan North America, Inc., Nissan Motor Co. Ltd., and John Does 1-10.* No. 260404152 ("the State Court Action").  Pursuant to 28 U.S.C. § 1446, a true and correct copy of the Complaint is attached as Exhibit A.

2.      The Complaint was served upon Defendant Nissan North America, Inc. on May 12, 2026, via Certified Mail.

3.      The Complaint has not yet been properly served on Nissan Motor Co., Ltd.

4.    At the time of the filing of the State Court Action and upon the date of the filing of this Notice of Removal, Plaintiff and Defendants are, and continue to be, citizens of different states for purposes of diversity jurisdiction.

5.    Plaintiff Fatmata Danjaji is an adult individual residing in Darby, Pennsylvania.  Ex. A at ¶ 1.

6.    Defendant Nissan North America, Inc. is a Delaware corporation, with a principal place of business at One Nissan Way, M.S. A-5-C, Franklin, Tennessee 37067.

7.    Upon information and belief, Defendant Nissan Motor Co., Ltd. is a Japanese corporation with a principal place of business at 1-1, Takashima 1-chrome, Nishi-ku, Yokohama-shi, Kanagawa 220-8686, Japan.

8.    Plaintiffs' Civil Cover Sheet, attached to the Complaint, identifies an amount in controversy of more than $50,000.  Plaintiffs' Complaint includes counts for Strict Liability, Negligence, Breach of Warranty, and Punitive Damages stemming from an alleged defect in a Nissan Altima, which caused "serious bodily injuries" to the plaintiff.  Ex. A at p. 1 and ¶16.

9.    Defendant agrees that the amount in controversy in the State Court Action will exceed $75,000, which is sufficient for removal because "[a] defendant's notice of removal need only include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014).

10.    This Notice of Removal is timely and proper.  The Complaint was served upon Nissan North America on May 12, 2026, which was the first pleading, notice, order

or other paper from which it could be ascertained that the State Court Action was removable. *See* 28 U.S.C. § 1446(d).

11. Because complete diversity of citizenship exists between all *served* parties and the amount in controversy in the State Court Action exceeds the sum of $75,000, the diversity of citizenship requirements as outlined in 28 U.S.C. § 1332(a)-(b) are satisfied.

12. Because diversity jurisdiction exists and because, upon information and belief there are no forum Defendants to be served with a Complaint, Defendant is not barred from removing this action by 28 U.S.C. § 1441(b)(2) (requiring that the defendant be "properly joined and served").

13. True and correct copies of this Notice of Removal with accompanying exhibits, and a separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached hereto as Exhibit B, will be served upon counsel for Plaintiff and filed with the Office of Judicial Records of the Court of Common Pleas of Philadelphia County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d). Therefore, Defendant has satisfied all procedural requirements for removal.

14. In filing this Notice of Removal, Defendant does not waive any of the available claims and defenses in this action.

## **VENUE**

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and § 1446(a), as the State Court Action was filed in the Philadelphia County Court of Common Pleas, a state court within the Eastern District of Pennsylvania.

**WHEREFORE**, Defendant Nissan North America, Inc. respectfully gives notice that the above-captioned action pending in the Philadelphia County Court of Common Pleas is removed to this Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

BY: */s/ Tiffany M. Alexander*
Tiffany M. Alexander, Esq.
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
610-943-5351
tiffany.alexander@nelsonmullins.com
*Attorneys for Defendant,*
*Nissan North America, Inc.*

4

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on May 15, 2026.  I also certify that the foregoing document is being served this day on the following counsel of record, via email:

                                                   */s/ Tiffany M. Alexander*
                                               Tiffany M. Alexander, Esquire